# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-405 |
| v. | **LEAD CASE** |
| **BARNEYS NEW YORK, INC.,** | |
| **Defendant.** | |
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-431 |
| v. | **PATENT CASE** |
| **FOLLETT HIGHER EDUCATION GROUP, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### ORDER OF DISMISSAL OF DEFENDANT FOLLETT
### HIGHER EDUCATION GROUP, INC., WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Defendant Follett Higher Education Group, Inc., with Prejudice, filed by Plaintiff eDekka LLC ("eDekka")"ʺFmʺ0ʺPʺq092ʺ. Having"considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the"Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all causes of action and claims asserted by eDekka against Follett Higher Education Group, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 28th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE